**COHN LIFLAND PEARLMAN**
 **HERRMANN & KNOPF LLP**
Kelly M. Purcaro, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
kmp@njlawfirm.com
ap@njlawfirm.com
File No.: 39764-0
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAW OFFICE OF EDWARD F. MCGINTY, P.A., | Case No.: 2:18-cv-6104(JLL)(CLW) |
| *Plaintiff,* | Civil Action |
| v. | |
| ALLIED ROOFING COMPANY, INC., LEVEL 3 COMMUNICATIONS, LLC, ABC CORPS 1-3 and JOHN DOES 1-3 (names being fictitious and presently unknown), | |
| *Defendants.* | |

**[PROPOSED] ORDER ENTERING DEFAULT JUDGMENT**

The Defendant, Allied Roofing Company, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on September 24, 2018 and counsel for Plaintiff having requested judgment against the defaulted Defendant, Allied Roofing Company, Inc., and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (b)(1);

Judgment is hereby entered in favor of Plaintiff, The Law Offices of Edward F. McGinty, P.A., and against the Defendant,

Allied Roofing Company, Inc., in the amount of $9,000.00 plus costs and interest on the judgment at the legal rate until the judgment is satisfied.

**IT IS SO ORDERED** this 12 day of October, 2018;

*Christine Molillo*
*Deputy Clerk*